UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ernesto ESTRADA-Ramos,<br><br>Defendant | Magistrate Docket No. '08 MJ 1784<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **June 7, 2008** within the Southern District of California, defendant, **Ernesto ESTRADA-Ramos**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

                                SIGNATURE OF COMPLAINANT
                                James Trombley
                                Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **9th** DAY OF **JUNE 2008.**

                                Ruben B. Brooks
                                UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
Ernesto ESTRADA-Ramos

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On June 7, 2008, Border Patrol Agent I. Isaia was conducting line watch duties near Campo, California. At approximately 5:20 a.m., Agent Isaia was informed, via Agency radio that a seismic intrusion device alerted. Agent Isaia acknowledged the device, and responded to the area. This area is approximately seven miles east of the Tecate, California Port of Entry and approximately 100 yards north of the United States/Mexico International Border.

Agent Isaia observed shoe sign heading in a northern direction from a road known as "Stambaugh's Road". Agent Isaia followed the shoe sign for approximately 75 yards, when he observed an individual in the brush. Agent Isaia identified himself as a United States Border Patrol Agent and questioned the individual regarding his citizenship and nationality. The individual, later identified as the defendant Ernesto ESTRADA-Ramos, admitted that he was a citizen and national of Mexico. Agent Isaia then questioned the defendant regarding any immigration documents he might have allowing him to enter or remain in the United States legally. The defendant stated that he did not have any immigration documents allowing him to enter or remain in the United States legally. Agent Isaia arrested the defendant and transported him to the Tecate Processing Center.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on April 30, 2008 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Executed on June 8, 2008 at 9:00 a.m.

Carlos K. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on June 7, 2008, in violation of Title 8, United States Code, Section 1326.

Ruben B. Brooks
United States Magistrate Judge

6/8/2008 at 9:40 a.m.
Date/Time